UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Joseph A. Greenaway, Jr. |
| v. | : Crim. No. 07-483 |
| MARK HLAVENKA | : <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Charlton A. Rugg, Assistant U.S. Attorney), and defendant Mark Hlavenka (by K. Anthony Thomas, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that he has the right to have the matter presented at trial within seventy days of his Indictment, and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render the trial of this matter unnecessary;

(2) Defendant has consented to this continuance; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 11th day of September, 2008

ORDERED that this action be, and it hereby is, continued for a period of 60 days from September 2, 2008; and it is further

ORDERED that the period from September 2, 2008, through November 1, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

Hon. Joseph A. Greenaway, Jr.
United States District Judge

Form and entry
consented to:

Charlton A. Rugg
Assistant U.S. Attorney

K. Anthony Thomas, Esq.
Counsel for defendant Mark Hlavenka